# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00164-CV

**4R Oil Company, Inc., Appellant**

**v.**

**State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. GV300124, HONORABLE PETER M. LOWRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant 4R Oil Company, Inc., has filed a motion to dismiss this appeal, stating that it no longer wishes to pursue the appeal and that appellee does not oppose its motion. We grant the motion and dismiss this appeal.

_____

Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Dismissed on Appellant's Motion

Filed:   June 24, 2004